*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Barry Jay Esterman ) Case No. 24–10742–amc
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 5, 2024, this case is hereby DISMISSED.

**Date: March 26, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Matrix Due 3/12/24
Credit Counseling Due 3/19/24
Means Test Calculation 122C2 Due 3/19/24
Plan Due 3/19/24
Schedules A Due 3/19/24
Schedules B Due 3/19/24
Schedules C Due 3/19/24
Schedules D Due 3/19/24
Schedules E Due 3/19/24
Schedules F Due 3/19/24
Schedules G Due 3/19/24
Schedules H Due 3/19/24
Schedules I Due 3/19/24
Schedules J Due 3/19/24
Statement of Current Monthly Income (122C1) Due 3/19/24
Statement of Financial Affairs Due 3/19/24
Summary of Assets and Liabilities Due 3/19/24